**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 13, 2014

Mr. William Lewis Jenkins Jr.
Wilkerson, Gauldin, Hayes & Jenkins
P.O. Box 220
Dyersburg, TN 38025-0220

Mr. Gary A. Vanasek
U.S. Attorney's Office
167 N. Main Street
Suite 800
Memphis, TN 38103

Re: Case No. 14-5703, *Billy Walker v. USA*
Originating Case No. : 1:13-cv-01212

Dear Counsel:

This appeal has been docketed as case number **14-5703** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 27, 2014**.

    Appellant:    Appearance of Counsel
                        Civil Appeal Statement of Parties & Issues
                        Transcript Order
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 14-5703

BILLY YORK WALKER

       Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

       Defendant - Appellee