UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: 14-5703

Case Name: Billy York Walker vs. United States of America

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

Billy York Walker

- ☒ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☒

Name: William Lewis Jenkins Jr.
Admitted: 15 July 1996
(Sixth Circuit admission date only)

Signature: /s/William Lewis Jenkins Jr.

Firm Name: Wilkerson Gauldin Hayes Jenkins & Dedmon

Business Address: 112 W. Court St., P.O. Box 220

Suite: ___   City/State/Zip: Dyersburg TN 38025-0220

Telephone Number (Area Code): 731.286.2401

Email Address: ljenkins@tenn-law.com

---

CERTIFICATE OF SERVICE

I certify that on 24 June 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ William Lewis Jenkins Jr.

---

6ca 68
6/12