OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

PAUL B. CALICO
*Chief Circuit Mediator*
RODERICK M. MCFAULL
MARIANN YEVIN
ROBERT S. KAISER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

June 24, 2014

William Lewis Jenkins, Jr., Esq.
Gary A. Vanasek, Esq.

    Re: *Billy Walker v. USA*, CA No. 14-5703

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the **telephone** mediation conference currently scheduled for __**July 15, 2014**__ is hereby **CANCELED**.

                                  Sincerely,

                                  /s/

                                  Connie A. Weiskittel
                                  Mediation Administrator

cc:    Roderick M. McFaull