# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **14-5703**  Case Manager: **Mr. Leon Korotko**

Case Name: **Billy York Walker v United States of America**

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
  Case Name: _____  Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **The appeal is taken against the United States of America.**
>
> **On appeal, Billy York Walker intends to assert or raise the following issues:**
>   **1. His federal civil rights have been restored by operation of law, so that Billy York Walker is a person who "has had civil rights restored" within the meaning of 18 U.S.C. §921(a)(20) and thus is not a person prohibited from receiving or possessing a firearm under the Gun Control Act of 1968, as amended. Billy York Walker can vote in federal elections, seek and hold federal office, and serve on a federal jury; consequently, under Beecham v. US, 511 U.S. 368 and United States v. Cassidy, 899 F.2d 543, the federal civil rights of Billy York Walker have been restored.**
>   **2. The District Court had jurisdiction to make a declaration that Billy York Walker is a person whose civil rights have been restored.**

**This is to certify that a copy of this statement was served on opposing counsel of record this** **25th** **day of**

___**June**___ , ___**2014**___ .   **/s/William Lewis Jenkins Jr.**
                                   Name of Counsel for Appellant