IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| BILLY YORK WALKER, | |
|---|---|
| Plaintiff / Appellant, | Sixth Circuit Case No. 14-5703 |
| vs. | |
| UNITED STATES OF AMERICA, | (District Court Civil Action No. 13-cv-1212) |
| Defendants / Appellees. | |

MOTION TO EXTEND TIME TO FILE BRIEF

Billy York Walker, by counsel, moves this Court for an extension of time to file his brief in this matter; the requested extension is four (4) days. Billy York Walker states:

1.	The briefing letter issued on June 25, 2014, set a deadline for August 7, 2014, for filing of Appellant's principal brief.

2.	Counsel for Appellant has a deposition in Jackson, Tennessee on Monday, August 4, 2014, a mediation in Knoxville, Tennessee on Tuesday, August 5, 2014, hearings in Newport and Morristown, Tennessee on August 6, 2014, and intends to return to his office in Dyersburg, Tennessee on August 7, 2014. The matters on August 6, 2014, are approximately four hundred miles removed from the principal office of Appellant's counsel, which is located in Dyersburg, Tennessee. Appellant therefore needs a short extension of time to file his principal brief.

3.	Appellant needs four additional days, up to August 11, 2014, to file his principal brief.

4.     Counsel for Appellant contacted Gary Vanasek, Esq., the Assistant United States Attorney handling this matter, by electronic mail on August 1, 2014, and Mr. Vanasek consents to the extension sought by this motion.

5.     This is the first request for an extension of time by Appellant.

Billy York Walker therefore prays for an extension of time of four days within which to file his principal brief (to Monday, August 11, 2014), that the Appellee's brief deadline be adjusted by the same four days, and for such other relief to which he may be entitled.

Respectfully Submitted,

*Attorneys for Billy York Walker*:

WILKERSON GAULDIN HAYES JENKINS & DEDMON
By:     /s/ W. Lewis Jenkins Jr.
        W. Lewis Jenkins Jr. (Tenn. Bar #017423)
        Electronic mail: ljenkins@tenn-law.com
        112 West Court Street, P.O. Bo 220
        Dyersburg, Tennessee 38025-0220
        Tel. No. 731.286.2401 / Fax No. 731.286.2294

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 1, 2014, a copy of the document to which this certificate of service is attached was served upon the following person through the electronic noticing service of the Court's electronic noticing system:  Gary A. Vanasek, Esq., Assistant United States Attorney, Suite 800, 167 N. Main Street, Memphis, TN  38103.

/s/W. Lewis Jenkins Jr.
William Lewis Jenkins Jr.