IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| BILLY YORK WALKER,<br><br>   Plaintiff / Appellant,<br>vs.<br>UNITED STATES OF AMERICA,<br><br>   Defendants / Appellees. | Sixth Circuit Case No. 14-5703<br><br>(District Court Civil Action No. 13-cv-1212) |
| MOTION TO EXTEND TIME TO FILE REPLY BRIEF | |

  Billy York Walker, by counsel, moves this Court for an extension of time to file his reply brief in this matter; the requested extension is two (2) days. Billy York Walker states:

  1. The briefing letter issued on June 25, 2014, set a deadline for filing a reply brief of seventeen (17) days after the filing of appellee's brief.

  2. Appellee United States of America filed its brief on Friday, September 12, 2014, which makes the current deadline for filing a reply brief Monday, September 29, 2014.

  3. Appellant intends to file a reply brief. In the days since September 12, 2014, however, counsel for Appellant has five days out of town for depositions; these depositions required additional time for preparation. Counsel for Appellant also had three days out of the state for a personal matter involving one of his children. In the time available to appellant's counsel, he has worked on a reply brief, but during the day of September 29, 2014, it became clear that filing by 11:00 CDT / 12:00 EDT would be difficult; Appellant therefore needs a short extension of time to

file his reply brief. Appellant needs two additional days, up to October 1, 2014, to file his reply brief.

4. Counsel for Appellant contacted Gary Vanasek, Esq., the Assistant United States Attorney handling this matter, by electronic mail on September 29, 2014, and Mr. Vanasek consents to the extension sought by this motion.

5. This is the first request for an extension of on this reply brief time by Appellant. Appellant requested, and was granted, an extension of four days to file his principal brief. The requested extension will not affect the overall schedule in this case.

Billy York Walker therefore prays for an extension of time of two days within which to file his reply brief (to Wednesday, October 1, 2014) and for such other relief to which he may be entitled.

> Respectfully Submitted,
>
> *Attorneys for Billy York Walker*:
>
> WILKERSON GAULDIN HAYES JENKINS & DEDMON
> By:  /s/ W. Lewis Jenkins Jr.
>         W. Lewis Jenkins Jr. (Tenn. Bar #017423)
>         Electronic mail: ljenkins@tenn-law.com
>         112 West Court Street, P.O. Bo 220
>         Dyersburg, Tennessee 38025-0220
>         Tel. No. 731.286.2401 / Fax No. 731.286.2294

CERTIFICATE OF SERVICE

I certify that on September 29, 2014, a copy of the document to which this certificate of service is attached was served upon the following person through the electronic noticing service of the Court's electronic noticing system: Gary A. Vanasek, Esq., Assistant United States Attorney, Suite 800, 167 N. Main Street, Memphis, TN 38103.

> /s/W. Lewis Jenkins Jr.
> William Lewis Jenkins Jr.