## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 30, 2014

Mr. William Lewis Jenkins Jr.
Wilkerson, Gauldin, Hayes & Jenkins
P.O. Box 220
Dyersburg, TN 38025-0220

Mr. Gary A. Vanasek
U.S. Attorney's Office
167 N. Main Street
Suite 800
Memphis, TN 38103

Re: Case No. 14-5703, *Billy Walker v. USA*
Originating Case No. : 1:13-cv-01212

Dear Counsel:

Appellant's motion for extension of time to file their Reply Brief has been **GRANTED.** The briefing schedule has been reset and the Reply Brief must be filed electronically with the Clerk's office no later than **October 1, 2014.** Counsel are strongly encouraged to read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

A party desiring oral argument must include a statement in the brief setting forth the reason(s) why oral argument should be heard. *See* 6th Cir. R. 34(a). If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict. If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014