# United States Court of Appeals
# For the Sixth Circuit

Oral Argument Acknowledgment

Sixth Circuit Case No.: _____14-5703_____

Case Name: _____Billy York Walker_____ vs. _____United States of America_____

I will be presenting oral argument for:

- [✓] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Other

Party Name/s:

Billy York Walker

Attorney's Name: William Lewis Jenkins Jr.

Argument Date: January 13, 2015

**If you have not previously registered as an ECF filer
and filed an appearance form in this case, you must do both.**

Docketing Instructions:
First, select the *Event Category* of **Argument**.
Second, choose **argument acknowledgment.**

Rev. 8/12