**14-5703   Billy Walker v. USA**

Billy York Walker　　　　　　　　　　　　　　　　　ret  William Lewis Jenkins, Jr.

　　**Plaintiff - Appellant**

　　　　　　　　　　　　**V.**

United States of America　　　　　　　　　　　　　gvt  Gary A. Vanasek

　　**Defendant - Appellee**

Plaintiff appeals the dismissal, for failure to state a claim, of his civil rights action seeking the restoration of civil rights and privileges he lost following his conviction for non-violent felony offenses. (15 Minutes Per Side)