UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 14-5703

BILLY YORK WALKER,

    Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

    Defendant - Appellee.

**FILED**
Sep 01, 2015
DEBORAH S. HUNT, Clerk

Before: SUHRHEINRICH, CLAY, and ROGERS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court for the Western District of Tennessee at Jackson.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk