No. 14-5703

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

BILLY YORK WALKER,

    Plaintiff-Appellant,

v.

UNITED STATES OF AMERICA,

    Defendant-Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

O R D E R

FILED
Nov 12, 2015
DEBORAH S. HUNT, Clerk

**BEFORE:** SUHRHEINRICH, CLAY, and ROGERS, Circuit Judges.

    The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

    Therefore, the petition is denied. Judge Clay would grant rehearing for the reasons stated in his dissent.

                              **ENTERED BY ORDER OF THE COURT**

                              **Deborah S. Hunt, Clerk**