**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|   |   |   |
|---|---|---|
| Deborah S. Hunt | 100 EAST FIFTH STREET, ROOM 540 | |
| Clerk | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 12, 2015

Mr. William Lewis Jenkins Jr.
Wilkerson, Gauldin, Hayes & Jenkins
P.O. Box 220
Dyersburg, TN 38025-0220

        Re:  Case No. 14-5703, *Billy Walker v. USA*
              Originating Case No. : 1:13-cv-01212

Dear Mr. Jenkins,

    The Court issued the enclosed Order today in this case.

                      Sincerely yours,

                      s/Beverly L. Harris
                      En Banc Coordinator
                      Direct Dial No. 513-564-7077

cc:  Mr. Gary A. Vanasek

Enclosure