# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 20, 2015

Mr. Thomas M. Gould
Western District of Tennessee at Jackson
111 S. Highland Avenue
Suite 262 U.S. Courthouse
Jackson, TN 38301-0000

        Re: Case No. 14-5703, *Billy Walker v. USA*
           Originating Case No. : 1:13-cv-01212

Dear Mr. Gould:

Enclosed is a copy of the mandate filed in this case.

        Sincerely yours,

        s/Leon T. Korotko
        Case Manager
        Direct Dial No. 513-564-7014

cc: Mr. William Lewis Jenkins Jr.
    Mr. Gary A. Vanasek

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-5703

_____

Filed: November 20, 2015

BILLY YORK WALKER

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 09/01/2015 the mandate for this case hereby issues today.

COSTS: None