# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 16, 2016

**FILED**
Feb 19, 2016
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

    Re: Billy York Walker
         v. United States
         No. 15-1027
         (Your No. 14-5703)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 10, 2016 and placed on the docket February 16, 2016 as No. 15-1027.

                Sincerely,

                **Scott S. Harris**, Clerk

                by

                Erik Fossum
                Case Analyst